This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**PAT DOMINGUEZ**,

    Petitioner-Appellant,

v.                                         **NO. 33,122**

**ERASMO BRAVO, Warden and**
**STATE OF NEW MEXICO,**

    Respondents-Appellees.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**James Waylon Counts, District Judge**

Pat Dominguez
Santa Rosa, NM

Pro Se Appellant

Gary K. King, Attorney General
Santa Fe, NM

for Appellees

## MEMORANDUM OPINION

**VIGIL, Judge.**

{1}    Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has

been filed and the time for doing so has expired.

{2}    **DISMISSED.**

{3}    **IT IS SO ORDERED.**


_____
**MICHAEL E. VIGIL, Judge**


**WE CONCUR:**


_____
**CYNTHIA A. FRY, Judge**


_____
**M. MONICA ZAMORA, Judge**